UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY ROBERTSON — CIVIL ACTION

VERSUS

GARY WESTCOTT — NO. 26-00183-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 3, the "Report")** recommending that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Report concludes that Plaintiff's claims are time-barred. Plaintiff does not object to the Report.

After carefully considering Plaintiff's Complaint (Doc. 1), the Report (Doc. 3), and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Final Judgment shall be entered separately.

Baton Rouge, Louisiana, this 29th day of October, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**